GAM 35
(Rev. 2/06)

**Report and Order Terminating Probation**
**Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. No.  3:20-CR-16-001(CAR) |
| **CHRISTOPHER ELDER** | |

On March 18, 2021, Christopher Elder was sentenced to two years probation for the offense of Distribution of Cocaine, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

Elder has complied with the rules and regulations of probation, has met the criteria for early termination as outlined in the *Guide to Judiciary Policy* as approved by the Administrative Office of the United States Courts, and is no longer in need of supervision. It is accordingly recommended Elder be discharged from supervision.

Respectfully submitted,

John A. Fulford
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered the probationer be discharged from supervision and the proceedings in the case be terminated.

Dated this __15__ day of __July__, 2022.

C. ASHLEY ROYAL
SENIOR U.S. DISTRICT JUDGE